Antwan Henry
11939 Canyon Valley Dr.
Tomball TX 77377-7636
(281) 995-7735

United States Courts
Southern District of Texas
FILED

JAN 05 2015

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| Antwan Henry, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP TRUSTEE SERVICES, INC.; <br><br> THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-5; <br><br> WALTER INVESTMENT MANAGEMENT CORP; <br><br> GREEN TREE LOAN SERVICING, LLC, <br><br> BARRETT, DAFFIN, FRAPPIER TURNER & ENGEL, LLP, ISAOA ATIMA <br><br> Defendants. | Case No.: 4:14-CV-02497 <br><br> **Ex Parte** <br><br> EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER <br><br><br> **Honorable Sim Lake, Presiding** <br><br> [Complaint Filed 08/29/2014] GREEN |

1

## CERTIFICATION

The undersigned hereby certifies that prior to filing this motion I attempted to confer with attorneys for Defendants Bank of America, N.A. and Green Tree Servicing LLC, however they did not return my phone calls or faxes. See Declaration of Antwan Henry in Support of Plaintiff's Ex Parte Emergency Application for Temporary Restraining Order, filed contemporaneously herewith.

## APPLICATION

Plaintiff Antwan Henry hereby submits Ex Parte Emergency Application for Temporary Restraining Order to stop Defendants from selling, at a foreclosure sale currently scheduled for **January 6, 2015 at 1:00 pm**, of Plaintiff's home, at 11939 Canyon Valley Dr, Tomball TX 77377-7636, legally described as:

> LOT ONE (1), IN BLOCK TWO (2), OF CANYON GATE AT NORTHPOINTE, SECTION TWO (2), AN ADDITION IN HARRIS COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED UNDER FILM CODE NO. 404083 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

This application is supported by Plaintiff's Memorandum in Support of Ex Parte Emergency Application for Temporary Restraining Order, and the Declaration of Antwan Henry in Support of Plaintiff's Ex Parte Emergency Application for Temporary Restraining Order, filed contemporaneously herewith.

Executed on: January 5, 2015         /s/    *Antwan Henry*
                                     Antwan Henry, Plaintiff Pro Per
                                     11939 Canyon Valley Drive
                                     Tomball, TX 77377
                                     email: onpaone@gmail.com