# EXHIBIT   C

Barrett Daffin Frappier
Turner & Engel, LLP
15000 Surveyor Boulevard
Suite 100
Addison, TX 75001



US POSTAGE
FIRST-CLASS MAIL
ZIP 7 001  11142014   HASLER   $3.99°

C-19H13101334

7160 9668 9670 7480 4563

0000 0004653234

AN1WAN HENRY
11939 CANYON VALLEY DRIVE
TOMBALL, TX 77377

# IMPORTANT INFORMATION IS CONTAINED WITHIN THE ATTACHED NOTICE.

# PLEASE READ CAREFULLY

# BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

01 02: TX  N Y

HP

FCUS_StdBannerPortrait_HP.rpt -(:125/2013}/Ver-03

Barrett Daffin Frappier Turner & Engel, LLP
A Partnership Including Professional Corporaions
ATIDRNEYS AND COUNSELORS AT LAW
15000 Surveyor Boulevard. Suite 100
Addison, Texas 75001
Telephone: (972) 419-1163
Telecopier: (972) 386-7673

November 04, 2014

Certified Mail 7160 9668 9670 7480 4563
ANTWAN HE>l'RY
ll939 CANYON VALLEY DRIVE
TOMBALL, IX 77377

RE:   1-'lortgage ServCcer:   GREE1'< TREE SERvICING LLC
      Loan No.:              >l<>'ir)612
      IIDFIE No.:            00000004653234

## NOTICE OF ACCELERATION

This la'-" firm represents GREEN TREE SER\'ICING LLC, the Mortgage Servicer, in its mortgage banking activities ITT the State of Texas. V./e have been authorized by the Nlortgagc Servicer to initiate legal proceedings in connection v..::ith the foreclosure of a Deed of Trust associated with your real estate loan (the "Debt"),

GREEN TREE SERVICING LLC is acting as the Mortgage Smicer for THE BANK OF NEW YORK MELLO)! FKA THE BANK OF NEW YORK. AS TRUSTEE FOR THE CERT!FICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES,SERIES 20065, \.Vho is the !'vfortgagee of the Note and Deed of Trust associated \With the abo'Ye referenced loan. GREEN TREE SERVICING LLC, as J\.tortgage Servicer, is representing the Mortgagee, whose address is:

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERT[F[CATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIF!CATES,SERIES 2006-5
c!o GREEN TREE SERVICING LLC
7360 SOL"TH KYRENE ROAD
TEI\IPE, AZ. 85283

The Nilongage Servicer is authorized to represent the Mortgagee by virtue of a servicing agreement with the Mortgagee. PursuanL to the Servicing Agreement and Texs Property Code §51.0025, the Mongage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the propeny securing the above referen<:::ed loan.

THIS FR.! IS A DEBT COLLECTOR ATTEI'vll'TIXG TO COLLECT THE DEBT. ANY INFORI\HTIOl'i OBTAINED WILL BE VSED FOR THAT PURPOSE.

This; letter is formal notice of the following:

L   Payment of the past due balance on the Debt has not been received by the Mortgage Servicer. Because of this default, the Mortgagee has k:cted to ACCELER.A.TE the maturity of the Debt.

2.  On Tuesday, Decen1ber 02, 2014, as designated on the enclosed Notice of Trustee's Sale, the Trustee, or the Substitute Trustee, will sell at the Courthouse of HARRIS County, Texas in the area designated by the Commissioner's Court cf such County, or if no area is designated by the Commissi.oner's Court, in the usual and custon'rnry place in that County, to the highest bidder for cash, the Real Estate described in the enclosed Notice.

3.  Alt of the obligors and guarantors (if any) of the Debt have the right to reinstate the loan as provided in the Deed of Trust and as provided by applicable Texas la\.v, Payment must be made in certified funds, cashier's check or money order(s).

4.  All of the obligors and guarantors (if any) have the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and foreclosure which they may have.

Assert and protect your right as a member of the armed forces of the l'nited States. If you are or \'Our spouse is serving on active military dun-, including active military dun as a member of the l'e:xas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces o-f the United States, please send written notice of the active dutY military service to the sender of this notice imrncd iatehr.

November 04, 2014

Certified Mail 7160 9668 9670 7430 4563
00000004653234
ANTWAN HENRY
11939 CANYON VALLEY DRIVE
TOMBALL, TX  77377

If you are not obligated on the Debt. or if the Debt has. been discharged in a bankruptcy proceeding, the Mortgage Servicer is not attempting to collect from you personally.  You are being given this notice as a courtesy because your interest in the Real Estate may be affected.

Sincerely

Paige Bryant

Barrett Daffin Frappier Turner & Engel, LLP
Enclosed: Notice of Trustee Sale

11939 CANYON VALLEY DRIVE
TOMBALL, TX 77377

0000 0004653234

## NOTICE OF SUBSTITUTE TRUSTEE SALE

A. 11sert and protect your rights as a member of the armed forces of the United States. If 'YOU are or yo ur spouse is serving on active militan• d uty, including active military duh' as a member of the Texa <ii Natio nal G uard or the National G uard of another state or as a member of a re.serve component of the armed forces of the Unit d States, please send wrinen notice of the active duh·m ilitan:service to the sender of this notice immediately.

L   Dat Time, and Place of Sale.

Date:   December 02. 2014

Time:   The sale -..•,.;ill begin at I :OOPM or not Later than three hours after that time.

Place   DESJGNATED A:EA AT THE HARRIS COUNTY FAMILY LAW CENTER PERCOMMISS!ONER'S COURT OROER DATED 03!18103, CLERK'S FrLE NO.W516820 OR AS FURTHER DESIGNATED BY THE COUNTY COM11SSJONERS or as designated by the county commissioners.

2.   Terms of Sale. Cash.

3.   Instntment to be Foreclosed. The ln:rr:nunent to be fbrcclosed is the Deed of Trust or Contracl'1icn dated June 27, 2005 and recorded in Document CLERK'S FILE NO. Y586796 real property records of HARRIS County, loxijs, witll ANTWAN HENRY, gramor(s) and MORTGAGE ELECTRONIC REGISTRAT(QN SYSTEMS, INC. ("MERS") AS NOMINEE mmtgagee.

4.   Obligations Secured. Deed of Trust or Contract Lien executed by T•A1' 'N HENRY, securing the payment of the indebtednesses fn lhe original principal amount of $167,200.00 and obligatiops therein described including but not limited to the promissory note and all modifications, rene1.va[s and extensions of the proffiiSsOry note. THE BArK OF NE\V YORK MELLON FKA THE BAl'K OF NEW YORK, AS TRUSTEE FOR THE CERTIF!CATEHOLDERS OF THE CWABS, INC,, ASSET-BACKED CERT!FICATES,SERJES 2006-5 is the .<urren.t mortgagee of the note and Deed of Trust or Contract Lien.

Property to Be Sold, The property to be sold is descijbed as rilows:

SEE EXHIBIT "A" ATTACHED HERETO A'.'ID'rni;:;,QroiORA TED HEREIN FOR ALL PURPOSES.

6. I\'lortgage Scrvicer Informati(ln. The Mortgage Servicer is authorized to represent the Mortgagee by virtue of a servlclng agreement v..ith the l\-1ortgagee. Pursuant to the Servicing Agreement and Texas Property Code § 51.0025, the Mortgage Se:n:icer is authorized to collect th :,cf'dJ'·· d to adminiSter any resulting foreclosure of the lien securing the Property referenced above . GREEN TREE SERVICn.::G; iLc as Mortgage Servicer, is representing Lhe \:urrent mortgagee, \\'hose address is:

cio GREEN TREE SERV[C!NG'lli!Z
7360 SOUTH KYRENE ROAD
TEMPE, AZ $5283

NATHAN SAICHEZ, REX KESLER, OR THOMAS REDER
Substitute Trustee
c/o  Bmeu Daffin Frappier Turner & Engel, LLP
    15000 Surveyor Boulevard, Suite 100
    Addison, Texas 75001