Antwan Henry
11939 Canyon Valley Dr
Tomball TX 77377-7636
(281) 995-7735

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISON

| | |
|---|---|
| Antwan Henry, ) | Case No.: 4:14-CV-02497 |
| )  Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| AS SUCCESSOR BY MERGER TO ) | |
| BAC HOME LOANS SERVICING, LP ) | |
| TRUSTEE SERVICES, INC.; ) | |
| ) | |
| THE BANK OF NEW YORK AS TRUSTEE ) | |
| FOR THE CERTIFICATEHOLDERS CWABS, ) | |
| INC. ASSET-BACKED CERTIFICATES, ) | |
| SERIES 2006-5; ) | **Honorable Sim Lake, Presiding** |
| ) | |
| WALTER INVESTMENT ) | [Complaint Filed 08/29/2014] |
| MANAGEMENT CORP; ) | |
| ) | |
| GREEN TREE LOAN SERVICING, LLC, ) | |
| ) | |
| BARRETT, DAFFIN, FRAPPIER TURNER & ) | |
| ENGEL, LLP, ISAOA ATIMA ) | |
| ) | |
| Defendants. ) | |

1

I, the undersigned, being over eighteen years of age, hereby certify that on the date last written below, a true, correct and complete copy of:

EX PARTE EMERGENCY APPLICATION
FOR TEMPORARY RESTRAINING ORDER

was served via telephone facsimile on the following Defendants:

BANK OF AMERICA, N.A.
c/o Louise Bowes
Blank Rome LLP
130 North 18th Street
Philadelphia, PA  19103-6998
VIA EMAIL: LBowes@BlankRome.com
Fax:215.832.5391
Direct Line: 215.569.5391

GREEN TREE SERVICING, LLC
c/o Paige E. Bryant
Barrett Daffin Frappier Turner & Engel, L.L.P.
15000 Surveyor Blvd., Suite 100
Addison, TX  75001
EMAIL : txhad@bdfgroup.com
PHONE: (972) 341-0501
VIA FAX: 972-386-7673

Executed on: January 5, 2015            /s/      ***Antwan Henry***
                                                Antwan Henry

CERTIFICATE OF SERVICE