IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Antwan Henry,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2497 |
| | § | |
| **Bank of America, NA, et al,** | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

In accordance with the Plaintiff's Notice of Voluntary Dismissal filed on January 16, 2015, (docket entry no. 11), this action is dismissed without prejudice.

**SIGNED** at Houston, Texas, on this 16th day of January, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE